**Order filed May 31, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00299-CV
_____

## OSCAR L. SUAREZ, Appellant

## V.

## JESSICA C. SUAREZ, Appellee

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2017-68142**

## ORDER

On May 10, 2018, we ordered the Harris County District Clerk to file a partial clerk's record so we may determine whether the notice of appeal was timely filed. The record was due by May 25, 2018, but has not been filed. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a partial clerk's record containing:

1. the protective order signed November 2, 2018;

2. any subsequent order or judgment;

3. any request for findings of fact and conclusions of law;

4. any post-judgment motion and the court's order on such motion; and

5. the notice of appeal.

If any of the requested items is not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the requested item is not a part of the case file.

The partial clerk's record is due by **June 11, 2018**.


PER CURIAM